LOUIS G. PACENT, Appellant, *v.* WARNER BROS. PICTURES, INC., et al., Respondents.

Argued October 4, 1943; decided October 14, 1943.

*Jules C. Randal* and *R. W. Perkins* for motion.
*Morris Gottlieb* opposed.

Motion granted and appeal dismissed, without costs.